IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEVEL MARC,**

    *Plaintiff*,

v.                                               Case No.: 4:23cv420-MW/MAF

**PAMELA GRICE, et al.,**

    *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 11. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 11, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** as malicious because Plaintiff affirmatively misrepresented his federal litigation history under the penalty of perjury." The Clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. §

1915(e)(2)(B)(ii) and close the file.

**SO ORDERED on December 4, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
